UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NRMI, LLC,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

CASE NO.: 4:26-cv-14182
Honorable Shalina D. Kumar
Magistrate Judge Anthony P. Patti

MARTIN A. HOGG (P76312)
Miller, Tischler & Vislosky P.C.
Attorney for Plaintiff
28470 W 13 Mile Rd, Ste 300
Farmington Hills, MI 48334
(248) 945-1040 Fax: (248) 536-5042
mhogg@msapc.net

CINNAMON A. PLONKA (P60979)
KYLE A. WARWICK (78820)
Zausmer, P.C.
Attorneys for Defendant State Farm
32255 Northwestern Highway, Ste. 225
Farmington Hills, MI 48334-1574
(248) 851-4111 Fax: (248) 851-0100
cplonka@zausmer.com
kwarwick@zausmer.com
jgarland@zausmer.com (Assistant)

**STIPULATED ORDER REMANDING CASE TO WASHTENAW COUNTY CIRCUIT COURT**

This matter having come before this Honorable Court pursuant to stipulation of the Parties; and the Court otherwise being fully advised in the premises;

1. Defendant, which filed a Notice of Removal in good faith, cannot certify that the diversity of citizenship requirement for subject matter jurisdiction exists under 28 USC §1332.

2. Therefore, this Court lacks subject matter jurisdiction to adjudicate Plaintiff's claims against Defendant, and the parties stipulate to remand of this case back to Washtenaw County Circuit Court without payment of any costs and expenses, including attorney fees, to any party.

*/s/Martin A. Hogg (with permission)*
Miller, Tischler & Vislosky P.C.
Attorney for Plaintiff

*/s/Kyle A. Warwick*
Zausmer, P.C.
Attorneys for Defendant State Farm

DATED: 11/18/2026

IT IS SO ORDERED.

Date: November 18, 2026

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge